United States District Court
Southern District of Texas

**ENTERED**

April 03, 2025

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MATTHEW FIELDS, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 4:25-cv-1198 |
| v. | § | |
| | § | |
| FREEDOM MORTGAGE CORPORATION, | § | |
| | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

## ORDER TO DISMISS WITHOUT PREJUDICE

On this date came on for consideration the Unopposed Motion to Dismiss Without Prejudice ("Unopposed Motion") filed by Plaintiff in the above-styled and numbered cause, and after review of the Unopposed Motion and all other pleadings and papers on file in this cause, and finding that the relief sought is not opposed, the Court finds that said Unopposed Motion is well taken and should in all things be granted; and therefore,

**IT IS ORDERED, ADJUDGED AND DECREED** that the above styled and numbered cause is hereby dismissed in its entirety, without prejudice.

**IT IS FURTHER ORDERED** that all costs of court and attorney fees incurred shall be borne by the party incurring same.

**ALL OTHER RELIEF NOT EXPRESSLY GRANTED HEREIN IS HEREBY DENIED**.

**SIGNED** this _2nd_ day of _April_, 2025.

---

**JUDGE PRESIDING**

**APPROVED AND AGREED AS TO FORM AND CONTEN**

*/s/ John G. Helstowski*

John G. Helstowski
Texas State Bar No. 24078653
5209 Heritage Ave., Suite 510
Colleyville, Texas 76034
Telephone: (817) 382-3125
Facsimile: (817) 382-1799
Email: jgh@jghfirm.com
Attorney for Plaintiff